CECILY A. WATERMAN, State Bar No. 63502
SHANNON B. NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
         snakabayashi@morganlewis.com

Attorneys for Defendants
FEDERAL HOME LOAN BANK OF SAN FRANCISCO,
ANITA ADAMS AND EMMANUEL UNGSON

WAUKEEN Q. MCCOY, ESQ., State Bar No. 168228
LAW OFFICE OF WAUKEEN Q. MCCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Tel: (415) 675-7705
Fax: (415) 675-2530

Attorney for Plaintiff
FREDDIE LAMBRIGHT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LAMBRIGHT, JR., | Case No. C 07 4340 CW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| FEDERAL HOME LOAN BANK OF SAN FRANCISCO, ANITA ADAMS, EMMANUEL UNGSON and DOES 1-50, | |
| Defendants. | |

//
//
//
//
//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7605704.1

STIPULATION TO EXTEND TIME
[C 07 4340 CW]

Pursuant to Northern District Local Rule 6-1(a), the parties in the above-referenced matter hereby stipulate that Defendants Federal Home Loan Bank of San Francisco, Anita Adams and Emmanuel Ungson shall have an additional twenty (20) days or until October 10, 2007 to file their responsive pleading to Plaintiff Freddie Lambright, Jr.'s Complaint. The parties' stipulation does not affect or otherwise alter the date of any event or deadline already fixed by the Court.

IT IS SO STIPULATED:

Dated: September 20, 2007

MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN
SHANNON WATERMAN

By _____
Cecily A. Waterman
Attorneys for Defendants
FEDERAL HOME LOAN BANK OF
SAN FRANCISCO, ANITA ADAMS
AND EMMANUEL UNGSON

Dated: September _____, 2007

LAW OFFICES OF WAUKEEN Q. MCCOY

By _____
Waukeen Q. McCoy
Attorney for Plaintiff
FREDDIE LAMBRIGHT, JR.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7605704.1

2

STIPULATION TO EXTEND TIME
(C 07 4348 CW)