CECILY A. WATERMAN, State Bar No. 063502
SHANNON NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
         snakabayashi@morganlewis.com

Attorneys for Defendants
FEDERAL HOME LOAN BANK OF SAN FRANCISCO,
ANITA ADAMS AND EMMANUEL UNGSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LAMBRIGHT, JR., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL HOME LOAN BANK OF SAN FRANCISCO, ANITA ADAMS, EMMANUEL UNGSON and DOES 1-50, <br><br> Defendants. | Case No. C 07 4340 CW <br><br> **DECLARATION OF CECILY WATERMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S STATE LAW CLAIMS; MOTION TO DISMISS INDIVIDUAL DEFENDANTS; PETITION TO COMPEL ARBITRATION OF REMAINING CLAIMS** <br><br> Date: November 15, 2007 <br> Time: 2:00 p.m. <br> Dept.: 2 <br> Judge: Hon. Claudia Wilken |

//
//
//
//
//
//
//
//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7605121.1

DECLARATION OF CECILY WATERMAN IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS;
PETITION TO COMPEL ARBITRATION (C 07 4340)

I, Cecily A. Waterman, do hereby declare and state as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants the Federal Home Loan Bank of San Francisco, Anita Adams and Emmanuel Ungson ("Defendants") in this action. The following facts are within my personal knowledge and, if called as a witness to testify, I could and would testify competently thereto.

2. On September 12, 2007, I sent a letter to Plaintiff's counsel, Waukeen McCoy, Esq., enclosing the Federal Home Loan Bank of San Francisco's Employee Handbook ("Handbook") (containing therein, the Dispute Resolution Procedure) and Plaintiff Freddie Lambright Jr.'s ("Plaintiff") acknowledgments of the Handbook(s). In my letter, I requested that Plaintiff submit his claims to binding arbitration. Attached hereto as Exhibit A is a true and correct copy of my September 12, 2007 letter, without its enclosures.

3. To date, Mr. McCoy has not responded to my letter or to Defendants' arbitration demand.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed this 28th day of September, 2007 at San Francisco, California.

_____
Cecily A. Waterman

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7605121.1

2

DECLARATION OF CECILY WATERMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS; PETITION TO COMPEL ARBITRATION (C 07 4340)

# EXHIBIT A

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

Cecily A. Waterman
Partner
415.442.1268
cwaterman@morganlewis.com

September 12, 2007

**VIA FACSIMILE &U.S. MAIL**

Waukeen McCoy, Esq.
Law Offices of Waukeen McCoy
703 Market Street, Suite 1407
San Francisco, California 94103

Re: *Lambright v. Federal Home Loan Bank of San Francisco, Anita Adams and Emmanuel Ungson*, USDC Northern District of California – Case No. C07-4340 (CW)

Dear Mr. McCoy,

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§2 & 3, and Section 1281.2 of the California Code of Civil Procedure, Defendants Federal Home Loan Bank of San Francisco ("FHLB"), Anita Adams and Emmanuel Ungson (collectively "Defendants") hereby demand arbitration in accordance with the agreement(s) Mr. Lambright signed during his employment with FHLB.

On May 14, 1997, Mr. Lambright signed an acknowledgment of receipt of FHLB's employee handbook. The acknowledgement states: "These policies and procedures are the operative terms and conditions under which the Bank will offer employment ...." "I understand it is my responsibility to read, understand and follow the policies, practices and procedures during my employment with the Bank." The acknowledgement specifically references FHLB's "Dispute Resolution Procedure, providing for binding arbitration." For your reference, a true and correct copy of Mr. Lambright's May 14, 1997 acknowledgment is attached as **Attachment 1** to this letter.

Mr. Lambright signed subsequent acknowledgments of the Bank's arbitration policy on January 9, 2003, January 28, 2004, July 14, 2004, January 12, 2005, March 23, 2006 and February 9, 2007. For your reference, true and correct copies of Mr. Lambright's acknowledgments are attached as **Attachment 2** to this letter.

The FHLB's Employee Handbook is enclosed herewith. The Dispute Resolution Procedure is set forth at pages 17-21.

Waukeen McCoy
September 14, 2007
Page 2



**Morgan Lewis**
COUNSELORS AT LAW

In accordance with the Dispute Resolution Procedure, Defendants FHLB, Adams and Ungson designate the following potential arbitrators:

>    Hon. William J. Cahill (Ret.)
>    Hon. Ellen Sickles James (Ret.)
>    Gerald R. McKay
>    Hon. Richard L. Patsey (Ret.)
>    Catherine A. Yanni

Please notify me no later than **12:00 p.m. September 17, 2007** if Mr. Lambright will submit his claims to binding arbitration in accordance with the Dispute Resolution Procedure. Defendants are prepared to move the claims against them forward in binding arbitration. If your client does not submit his claims against the Defendants to arbitration, the FHLB will file a motion to compel arbitration based upon the above-referenced agreements. Additionally, please notify me no later than **5:00 p.m. September 27, 2007** if Mr. Lambright will accept one of FHLB's proposed arbitrators.

Thank you for your prompt attention to this matter.

Sincerely,

*[signature]*

Cecily A. Waterman

Attachments

1-SF/7598507.1