1  CECILY A. WATERMAN, State Bar No. 063502
   SHANNON NAKABAYASHI, State Bar No. 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: cwaterman@morganlewis.com
5           snakabayashi@morganlewis.com

6  Attorneys for Defendants
   FEDERAL HOME LOAN BANK OF SAN FRANCISCO,
7  ANITA ADAMS AND EMMANUEL UNGSON

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   FREDDIE LAMBRIGHT, JR.,            Case No. C 07 4340 CW
12
                  Plaintiff,          **[PROPOSED] ORDER GRANTING
13                                    DEFENDANTS' MOTION TO DISMISS
          vs.                         PLAINTIFF'S STATE LAW CLAIMS,
14                                    MOTION TO DISMISS INDIVIDUAL
   FEDERAL HOME LOAN BANK OF          DEFENDANTS AND PETITION TO
15 SAN FRANCISCO, ANITA ADAMS,        COMPEL ARBITRATION OF
   EMMANUEL UNGSON and DOES 1-50,     REMAINING CLAIMS**
16
                  Defendants.         Date: November 15, 2007
17                                    Time: 2:00 p.m.
                                      Dept.: 2
18                                    Judge: Hon. Claudia Wilken

19

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28
MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

1-SF/7615543.1                        [PROPOSED] ORDER GRANTING DEFENDANTS'
                                      MOTION TO DISMISS & PETITION TO COMPEL
                                      ARBITRATION (C 07 4340 CW)

On November 15, 2007, Defendants the Federal Home Loan Bank of San Francisco ("FHLB-SF" or "the Bank"), Anita Adams ("Adams") and Emmanuel Ungson's ("Ungson") (collectively "Defendants") Motion to Dismiss Plaintiff Freddie Lambright's ("Plaintiff") Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Tenth Causes of Action, Motion to Dismiss all claims against the individual defendants and Petition to Compel arbitration of all of Plaintiff's claims which survive the Motion to Dismiss, came regularly for hearing before this Court. Defendants were represented by Cecily A. Waterman of Morgan, Lewis & Bockius LLP. Plaintiff was represented by Waukeen Q. McCoy of the Law Offices of Waukeen Q. McCoy. Having considered the pleadings submitted, the Court's records and the argument of counsel, and good cause appearing, the Court hereby orders as follows:

Defendants' Motion to Dismiss Plaintiff's Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Tenth Causes of Action is GRANTED. Plaintiff's state law claims are preempted by the Federal Home Loan Bank Act, 12 U.S.C. § 1421.

Defendants' Motion to Dismiss the individual defendants, Adams and Ungson, is GRANTED. Individuals cannot be held liable for discrimination under Plaintiff's remaining federal discrimination claims. 42 U.S.C § 2000e-3(a).

Defendants' Petition to Compel arbitration of Plaintiff's remaining claims is GRANTED. Plaintiff and Defendants were parties to a valid and binding arbitration agreement. *Circuit City Stores, Inc. v. Adams*, 532 U.S. 105, 122-23, 121 S.Ct. 1302, 1313 (2001); *Armendariz v. Foundation Health Psychcare Services, Inc.*, 24 Cal.4th 83, 91 (2000).

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date:_____, 2007

_____
Hon. Claudia Wilken

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7615543.1                    1                    [PROPOSED] ORDER GRANTING DEFENDANTS'
                                                       MOTION TO DISMISS& PETITION TO COMPEL
                                                       ARBITRATION (C 07 4340 CW)