CECILY A. WATERMAN, State Bar No. 063502
SHANNON NAKABAYASHI, State Bar No. 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com
         snakabayashi@morganlewis.com

Attorneys for Defendants
FEDERAL HOME LOAN BANK OF SAN FRANCISCO,
ANITA ADAMS AND EMMANUEL UNGSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LAMBRIGHT, JR., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL HOME LOAN BANK OF SAN FRANCISCO, ANITA ADAMS, EMMANUEL UNGSON and DOES 1-50, <br><br> Defendants. | Case No. C 07 4340 CW <br><br> **ERRATA TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S STATE LAW CLAIMS; MOTION TO DISMISS INDIVIDUAL DEFENDANTS; PETITION TO COMPEL ARBITRATION OF REMAINING CLAIMS** <br><br> Date: November 15, 2007 <br> Time: 2:00 p.m. <br> Dept.: 2 <br> Judge: Hon. Claudia Wilken <br><br> Date Filed: August 22, 2007 |

Defendants the Federal Home Loan Bank of San Francisco ("the Bank"), Anita Adams and Emmanuel Ungson ("Defendants") hereby submit the follow Errata to their Motion to Dismiss Plaintiff's State Law Claims, Motion to Dismiss the Individual Defendants and Petition to Compel Arbitration of Remaining Claims ("Motion to Dismiss"). The Motion to Dismiss was filed with the Court on October 10, 2007.

Memorandum of Points and Authorities

Page 2, lines 11-14 and Page 17, lines 9-13 – The words "discrimination on the basis of" were inadvertently omitted. The Bank's policy states: "This policy ... applies to all disputes arising out of the employment relationship between employees or former employees and the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7616806.1

ERRATA TO DEFENDANTS' MOTION TO DISMISS;
PETITION TO COMPEL ARBITRATION
(C 07 4340 CW)

1. Bank, including but not limited to, (i) allegations of discrimination on the basis of race, color, religion..."

2. Page 5, line 8 – The paragraph should begin: "The Federal Home Loan Bank of San Francisco is one of twelve Federal Home Loan Banks that comprise the Federal Home Loan Bank system. The Federal Home Loan Banks are unique entities ...."

Page 5, lines 10-12 – The sentence should state: "The Federal Home Loan Banks are special purpose federal corporations, each of which operates ...."

Page 8, lines 12-13 – The sentence should state: "Section 12 of the FHLB Act "occupies the field" with respect to employment relationships and ...."

Page 8, line 27 – The parenthetical should state "(holding the National Bank Act ("NBA")....)"

<u>Declaration of Gregory P. Fontenot</u>

The hearing date should be changed from October 25, 2007 to November 15, 2007.

Dated: October 15, 2007

MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN
SHANNON B. NAKABAYASHI

By /s/ Shannon Nakabayashi
Cecily A. Waterman
Shannon B. Nakabayashi
Attorneys for Defendants
FEDERAL HOME LOAN BANK OF
SAN FRANCISCO, ANITA ADAMS
AND EMMANUEL UNGSON

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7616806.1        2

ERRATA TO DEFENDANTS' MOTION TO DISMISS;
PETITION TO COMPEL ARBITRATION
(C 07 4340 CW)