**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FREDDIE LAMBRIGHT, JR.,

    Plaintiff,

v.

FEDERAL HOME LOAN BANK OF S.F.,

    Defendant.

NO. C 07-4340 CW

**MINUTE ORDER**
Date:  11/15/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Ivy Garcia for Sheilah Cahill**
**Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
Spencer F. Smith; Dow Patten

**Appearances for Defendant:**
Cecily A. Waterman

### Motions:

| | | |
|---|---|---|
| Defendants' | Motion to Dismiss Plaintiff's state law claims; motion to dismiss individual defendants; petition to compel arbitration of remaining claims | Under Submission |

Further briefing due:
Order to be prepared by:  Court

**Case Management Conference Held?:**  No

Notes:  Motion taken under submission.  The Court ordered that case stayed pending arbitration.  See separate Court's Order.
**Further Case Management Conference set on 11/13/2008 at 2:00 p.m.**

Copies to:   Chambers