**FILED**

NOV 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LAMBRIGHT, JR., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOME LOAN BANK OF S.F., <br><br> Defendant. | No. C-07-4340-CW <br><br> **CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE SET ON NOVEMBER 27, 2007** |

Notice is hereby given that the Initial Case Management Conference, previously set for November 27, 2007 at 2:00 p.m. pursuant to the ADR Scheduling Order filed in this case on August 22, 2007, is **VACATED**. In court, last November 15, 2007, District Judge Claudia Wilken ordered that all parties must appear on November 13, 2008 at 2:00 p.m. for further case management conference in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: November 20, 2007

Ivy Garcia for Sheilah Cahill
Deputy Clerk

Copies to parties via ECF