1 | STEVEN L. ROBINSON (SBN 116146)
**LAW OFFICES OF JOSEPH L. ALIOTO**
2 | **AND ANGELA M. ALIOTO**
700 Montgomery Street
3 | San Francisco, CA 94111
Telephone: (415) 434-8700
4 | Facsimile: (415) 438-4638

5

6 | Attorney for
Angela Alioto & Angela Alioto PLC.

7

8 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

9

10

11 | **FREDDIE LAMBRIGHT, JR.,**          ) Case No: 4:2007cv04340
)
12 |                    Plaintiff,        )
)  **NOTICE OF ATTORNEYS' LIEN FOR**
13 |           v.                        )  **FEES AND COSTS**
)
14 |                                     )
)
15 | **FEDERAL HOME LOAN BANK OF SAN**    )
**FRANCISCO et al,**                   )
16 |                                     )
                   Defendant.           )
17 |                                     )
)
18 |                                     )
)
19 |                                     )
)
20 |                                     )
)
21 | _____ )

22

23 | **TO: THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR DEFENDANT**

24 | **HEREIN:**

25

26 | PLEASE TAKE NOTICE that Angela Alioto & Angela Alioto Professional Law Corporation

27 | have hereby assert their lien for payment pursuant to court order (Exhibit A) against the

28 | Attorney Fees, and any other proceeds of any pending or future settlement of this action

1  for Waukeen Q. McCoy and/or the Law Offices of Waukeen Q. McCoy.

2      Notice is further given that no Attorney Fees or proceeds resulting from settlement

3  or judgment are to be paid over to Waukeen Q. McCoy and/or the Law Offices of

4  Waukeen Q. McCoy without a release in writing of their lien by these attorneys upon the

5  satisfaction of said lien.

6

7

8  Date: 7/16/08                    THE LAW OFFICES OF JOSEPH ALIOTO &
                                    ANGELA ALIOTO
9

10

11                                  By: Steven L. Robinson
                                    Angela Alioto & Angela Alioto PLC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  NOTICE OF ATTORNEYS' LIEN FOR FEES AND COSTS
    Case No: 4:2007cv04340                                                    2

# EXHIBIT A



## NOTICE OF JUDGMENT LIEN

FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

A. NAME & PHONE OF FILER'S CONTACT (optional)
Steven L. Robinson

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

Steven L. Robinson
Law Offices of Joseph L. Alioto & Angela Alioto
700 Montgomery Street
San Francisco, CA 94111

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b.  Do not  abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Waukeen | McCoy | Q. | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 703 Market Street, Suite 1407 | San Francisco | CA | 94103 | |

**2. JUDGMENT CREDITOR'S NAME**– Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME
Angela Alioto Professional Law Corporation

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 700 Montgomery Street | San Francisco | CA | 94111 | |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A.    Title of court where judgment was entered: Superior Court of California,

County of San Francisco

B.    Title of the action:  Waukeen Q. McCoy v. Angela M. Alioto, et al.

C.    Number of this action: 304904

D.    Date judgment was entered: June 16, 2008

E.    Date of subsequent renewals of judgment (if any): none

F.    Amount required to satisfy judgment at date of this notice: $ 8,001.25

G.    Date of this notice: 07/16/08

**4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:**

SIGNATURE - SEE INSTRUCTION NO. 4

FOR: Angela Alioto PLC

Dated: July 16, 2008
(If not indicated, use same as date in item 3G.)

# JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME<br>Waukeen | FIRST NAME<br>McCoy | MIDDLE NAME<br>Q. | SUFFIX |

**6. ADDITIONAL JUDGMENT DEBTOR – insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME   Law Offices of Waukeen Q. McCoy | | | | |
|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 6c. MAILING ADDRESS<br>703 Market St., Suite 1407 | CITY<br>San Francisco | STATE<br>CA | POSTAL CODE<br>94103-2124 | COUNTRY |

**7. ADDITIONAL JUDGMENT DEBTOR – insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**8. ADDITIONAL JUDGMENT DEBTOR – insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**9. ADDITIONAL JUDGMENT CREDITOR – insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**10. ADDITIONAL JUDGMENT CREDITOR – insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

1

2  Steven L. Robinson (S.B.N. 116146)
   **THE LAW OFFICES OF JOSEPH L.**
3  **ALIOTO & ANGELA ALIOTO**
   700 Montgomery St.
4  San Francisco, Ca. 94111
   Telephone (415) 434-8700
5
   Attorneys for Defendants
6  Angela Alioto & Angela Alioto PLC.

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **FOR THE COUNTY OF SAN FRANCISCO**

10

11  WAUKEEN Q. McCOY,                          Case No. 304904

12        Plaintiff,

13                                              ORDER GRANTING DEFENDANTS'
                                                MOTION FOR ATTORNEY FEES
14        vs.

15                                              Date: May 15 2008
    **ANGELA ALIOTO,** an individual; LAW       Time: 2:30 pm
16  **OFFICES OF JOSEPH L. ALIOTO &**           Dept: Dept  23  Third  Fl  Hall  Of
    **ANGELA ALIOTO.,**                         Justice
17
          Defendants.                          Judge Dondero
18

19  ─────────────────────────────────

20        The motion by Defendants ANGELA ALIOTO and ANGELA ALIOTO, PLC came

21  on for hearing, as scheduled, on May 15, 2008, the matter having been argued and

22  submitted, the following is the order of this Court:

23        Good cause appearing, the present motion is GRANTED. Defendants ANGELA

24  ALIOTO and ANGELA ALIOTO, PLC shall hereby recover from Plaintiff WAUKEEN Q.

25  McCOY the sum of $ 8001.25, reflecting attorney fees incurred by Defendants in responding

26

27

28

1  to an appeal by Plaintiff McCOY.

2      MAY IT IS SO ORDERED.

3  Date:_____ 1 5 2008

4

5                                    ROBERT L. DONDERO

6                                    Robert Dondero
                                     Judge of the Superior Court
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Steven L. Robinson (S.B.N. 116146)
   THE LAW OFFICES OF JOSEPH L.
2  ALIOTO & ANGELA ALIOTO
   700 Montgomery St.
3  San Francisco, CA 94111
   Telephone (415) 434-8700
4  Fax (415) 438-4638

5  Attorneys for Defendants
   Angela Alioto & Angela Alioto PLC.
6

7

8

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                    FOR THE COUNTY OF SAN FRANCISCO

11

12  WAUKEEN Q. McCOY,                    )   Case No. 304904
                                         )
13                Plaintiff,             )
                                         )   JUDGMENT GRANTING
14  v.                                   )   DEFENDANTS' MOTION FOR
                                         )   ATTORNEY FEES
15  ANGELA ALIOTO, an individual; LAW    )
16  OFFICES OF JOSEPH L. ALIOTO &        )
    ANGELA ALIOTO,                       )
17                                       )
18                Defendants.            )
19  _____

20

21      The motion by Defendants ANGELA ALIOTO and ANGELA ALIOTO, PLC came on

22  for hearing, as scheduled, on May 15, 2008, the matter having been argued and submitted, the

23  following was ordered by the Court:

24      WHEREAS the Court granted Defendants' motion, Defendants ANGELA ALIOTO and

25  ANGELA ALIOTO, PLC shall hereby recover from Plaintiff WAUKEEN Q. McCOY the sum

26  of $8,001.25 (Eight Thousand AND One Dollars AND Twenty-Five Cents), reflecting attorney

27

28  _____
    Judgment Granting Motion for Attorney Fees,
    Case No. 304904

**FILED**
San Francisco County Superior Court
JUN 1 8 2008
GORDON PARK-LI, Clerk
BY: _____

1  fees incurred by Defendants in responding to an appeal by Plaintiff McCOY.

2      JUDGMENT IS HEREBY ENTERED IN FAVOR of Defendant Angela Alioto

3  Professional Law Corporation as prevailing party in the above case in the amount of $8,001.25

4  (Eight Thousand AND One Dollars AND Twenty-Five Cents), against Waukeen Q. McCoy,

5

6  individually, and doing business as the Law Offices of Waukeen Q. McCoy, pursuant to the

7  Order Granting Defendants' Motion for Attorney Fees of May 15, 2008.

8

9  DATED: 6-16-08

10

11  

HONORABLE ROBERT L. DONDERO

12  JUDGE OF THE SUPERIOR COURT
SAN FRANCISCO COUNTY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment Granting Motion for Attorney Fees,
Case No. 304904

1  Steven L. Robinson (S.B.N. 116146)
   THE LAW OFFICES OF JOSEPH L.
2  ALIOTO & ANGELA ALIOTO
   700 Montgomery St.
3  San Francisco, CA 94111
   Telephone (415) 434-8700
4  Fax (415) 438-4638

5  Attorneys for Defendants
   Angela Alioto & Angela Alioto PLC.
6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                  FOR THE COUNTY OF SAN FRANCISCO

9  WAUKEEN Q. McCOY,                    )    Case No. 304904
                                        )
10                                      )
                                        )
11              Plaintiff,              )    NOTICE OF ENTRY OF JUDGMENT
                                        )
12 v.                                   )
                                        )
13 ANGELA ALIOTO, an individual; LAW    )
   OFFICES OF JOSEPH L. ALIOTO &        )
14 ANGELA ALIOTO,                       )
                                        )
15              Defendants.             )
                                        )
16                                      )
                                        )
17                                      )

18     TO PLAINTIFF:

19         NOTICE IS HEREBY GIVEN that on June 16, 2008, Judgment granting Defendants'

20 Motion for Attorney Fees was entered in the above-entitled action.  A true and correct copy of

21 the Judgment is attached hereto as Exhibit "A."  A true and correct copy of the Order is attached

22
23 hereto as Exhibit "B."

24 Dated: 7/10/08

25                                      LAW OFFICES OF MAYOR JOSEPH L.
                                            ALIOTO & ANGELA ALIOTO
26

27                                      By: _____
                                             STEVEN L. ROBINSON
28
   _____
   WAUKEEN Q. McCOY v. ANGELA ALIOTO, et al.

10-JUL-2008  11:48AM    FROM-ALIOTO LAW OFFICE                    415-438-4636            T-305  P.002/002  F-272

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address State Bar number, and telephone number)
Recording requested by and return to:
Steven L. Robinson (SBN 116146)
Law Office of Joseph L. Alioto & Angela Alioto
700 Montgomery Street, San Francisco, CA 94111
415-434-8700(T) 415-438-46389(F)

[✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: Waukeen Q. McCoy

DEFENDANT: Angela M. Alioto, et al..

CASE NUMBER: 304904

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS            [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   | Waukeen Q. McCoy
   | 703 Market Street, Suite 1407
   | San Francisco, CA 94103-2124

   b. Driver's license no. [last 4 digits] and state:          [✓] Unknown
   c. Social security no. [last 4 digits]: 6845                [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to (name and address):

2. [✓] Information on additional judgment    4. [ ] Information on additional judgment
        debtors is shown on page 2.                   creditors is shown on page 2.

3. Judgment creditor (name and address):    5. [ ] Original abstract recorded in this county:
   Angela M. Alioto                              a. Date:
   700 Montgomery St., SF, CA 94111              b. Instrument No.:
   Date. July 9, 2008
   Steven L. Robinson
   _____
   (TYPE OR PRINT NAME)                         (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:    10. [ ] An [ ] execution lien [ ] attachment lien
   $ 8,001.25                                                   is endorsed on the judgment as follows:
7. All judgment creditors and debtors are listed in this abstract.     a. Amount: $
8. a. Judgment entered on (date): June 16, 2008                        b. In favor of (name and address):
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment    11. A stay of enforcement has
                                                       a. [ ] not been ordered by the court.
                                                       b. [ ] been ordered by the court effective until
                                                              (date):
GORDON PARK-LI                                      12. a. [ ] I certify that this is a true and correct abstract of
                                                              the judgment entered in this action.
This abstract issued on (date):                        b. [ ] A certified copy of the judgment is attached.

JUL 1 0 2008                                        Clerk, by _____, Deputy
                                                                   WESLEY GHINN

| PLAINTIFF: Waukeen Q. McCoy | CASE NUMBER: |
|---|---|
| DEFENDANT: Angela M. Alioto, et al.. | 304904 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

N/A

14. Judgment creditor *(name and address)*:

N/A

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.             Name and last known address

Law Offices of Waukeen Q. McCoy
703 Market Street, Suite 1407
San Francisco, CA 94103

Driver's license no. [last 4 digits]
and state:                                    ☑ Unknown

Social security no. [last 4 digits]:         ☐ Unknown

Summons was personally served at or mailed to *(address)*:

17.             Name and last known address

N/A

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:         ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.             Name and last known address

N/A

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:         ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.             Name and last known address

N/A

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:         ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

1  STEVEN L. ROBINSON (SBN 116146)
   **THE LAW OFFICES OF MAYOR JOSEPH L. ALIOTO**
2  **& ANGELA ALIOTO**
   700 Montgomery Street
3  San Francisco, CA 94111
   Telephone: (415) 434-8700
4  Facsimile: (415) 438-4638

5  Attorneys for Defendant
   Angela Alioto

6

7              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
8                      **OAKLAND DIVISION**

9

10

11 FREDDIE LAMBRIGHT, JR.,           ) Case No.: 4:2007cv04340
                                     )
12              Plaintiff,           )
                                     )  **PROOF OF SERVICE**
13      v.                           )
                                     )
14                                   )
                                     )
15 FEDERAL HOME LOAN BANK OF         )
   SAN FRANCISCO et al,              )
16                                   )
                                     )
17              Defendant.           )
                                     )  _____
18                                   )
   _____    )
19                                   )

20

21

22

23

24

25

26

27

28
   Proof of Service

**PROOF OF SERVICE**

I, Steven Trull, declare:

I am a citizen of the United States and am employed in the City and County of San Francisco; I am over the age of 18 years and not a party to the within action; my business address is 700 Montgomery Street, San Francisco, CA 94111.

On July 16, 2008, I caused to be served the following document(s):

**Notice of Attorneys' Lien for Fees and Costs; Notice of Judgment Lien; Order Granting Defendants' Motion for Attorney Fees; Judgment Granting Defendants' Motion for Attorney Fees; Notice of Entry of Judgment; and Abstract of Judgment.**

in the following manner:

[X]   **MAIL:** by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below:

**Waukeen Q McCoy, Esq.**
Law Offices Of Waukeen Q. McCoy
703 Market Street, Suite 1407
San Francisco, CA 94103

**Shannon B. Nakabayashi**
Morgan, Lewis & Bockius, LLP
One Market
Spear Tower
San Francisco, CA 94105

[ ]   **PERSONAL SERVICE:** by requesting a messenger service to hand-deliver the same in an envelope(s) addressed as shown below:

[ ]   **OVERNIGHT DELIVERY:** by enclosing a true copy(ies) in a sealed Federal Express envelope(s), fully prepaid, addressed as shown below:

[ ]   **BY FACSIMILE:** by transmitting by telefax to the number(s) shown below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 16, 2008 in San Francisco, California.

*Steven Trull*
Steven Trull

Proof of Service