United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREDDIE LAMBRIGHT JR,

      Plaintiff,

  v.

FEDERAL HOME LOAN BANK OF SAN
FRANCISCO, ANITA ADAMS, EMMANUEL
UNGSON and DOES 1-50,

      Defendants.

                             /

No. C 07-04340 CW

ORDER GRANTING
DEFENDANT'S MOTION
TO CONFIRM
ARBITRATION AWARD

    Defendant Federal Home Loan Bank of San Francisco moves the
Court to confirm an arbitration award rendered against Plaintiff
Freddie Lambright, Jr.  Plaintiff does not oppose the motion.  The
arbitrator, Judge William Cahill, adjudicated in Defendants' favor
all claims not previously dismissed by the Court's December 3, 2007
Order.  Having considered the moving papers, the Court GRANTS
Defendant's motion.

    IT IS SO ORDERED.

Dated: 12/2/08

                                _____
                                CLAUDIA WILKEN
                                United States District Judge